[No. 1906. Decided December 16, 1895.]

SAMUEL W. HUTCHCRAFT, *Respondent,* v. WILLIAM LUTWIG *et al., Appellants.*

DEED—SUFFICIENCY OF DESCRIPTION.

A description of property in a deed as " all that certain quarter of the east half of the southeast quarter of the southeast quarter of section 20, marked pink in the sketch hereunto attached, in township 25 north, range 4 east, in King county, containing ten acres, more or less," is sufficient to describe the premises, although the sketch indicated may be without pink coloring.

Appeal from Superior Court, King County.—Hon. R. A. BALLINGER, Judge. Affirmed.

Action in ejectment by Samuel W. Hutchcraft against William Lutwig, D. P. Metts and the administrator of Edward L. Shannon, deceased, to recover possession of a certain tract of land to which he claimed title through *mesne* conveyances from one Alexander Gilmore, the admitted owner of the premises in 1869. The deed from Gilmore to plaintiff's grantor described the premises as a certain piece of land in King county, Washington Territory, " being

all that certain quarter of the east half of the south-
east quarter of the southeast quarter of section 20,
marked pink in the sketch hereunto attached, in town-
ship No. 25 north, range four east, containing ten
acres, more or less." The sketch upon the certified
copy of the deed offered in evidence was without the
pink coloring, but was colored in black ink.

*Smith & Littell,* and *Gorham & Gorham,* for appel-
lants.

*W. S. Relfe,* and *Wm. H. Brinker,* for respondent.

*Per Curiam*—The respondent, claiming as owner in
fee, brought this action against appellant to recover
possession of certain real premises, situated in King
county. Appellants offered no proof on the trial and
make no claim of title, but rely solely upon their pos-
session and the alleged failure of plaintiff to prove
title. Appellants admit that one Alexander Gilmore
was the owner of the premises in 1869, and it is
through him that respondent claims title by virtue of
certain *mesne* conveyances. The question for deter-
mination is whether the description contained in a
deed from said Gilmore is sufficient to cover the prem-
ises in dispute. The lower court found that it was,
and we are entirely satisfied that such finding was
right, and, no error appearing, the judgment will be
affirmed.